CHRISTINE L. GARCIA (CBN 209701)
The Animal Law Office
2404 California St #4
San Francisco, CA 94115
Telephone: 415-297-3109
Facsimile: 415-358-9937
christine@animalattorney.com

*Attorney for Plaintiff,*
BRENDA HOBBS, the guardian of Shasta

**FILED**

SEP 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| BRENDA HOBBS, THE GUARDIAN OF SHASTA<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S OFFICE ANIMAL SERVICES DIVISION, AND INDIVIDUALS SERGEANT FRANK BOESCH, GILBERTO GUTIERREZ, JAMES LENZI, BEN MILLER and DOES 1-10<br><br>Defendants | Case: CIV.S-12-2290 JAM KJM<br><br>[~~PROPOSED~~] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

TO DEFENDANTS COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S OFFICE ANIMAL SERVICES DIVISION, AND INDIVIDUALS SERGEANT FRANK BOESCH, GILBERTO GUTIERREZ, JAMES LENZI, BEN MILLER AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

   This matter having come before the Court on Plaintiff BRENDA HOBBS, THE ALLEGED GUARDIAN OF SHASTA ("Plaintiff") Ex Parte Application For Temporary

Restraining Order and Order To Show Cause Re Preliminary Injunction ("Application") against Defendants COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S OFFICE ANIMAL SERVICES DIVISION, AND INDIVIDUALS SERGEANT FRANK BOESCH, GILBERTO GUTIERREZ, JAMES LENZI, BEN MILLER and DOES 1-10; And, the Court having considered the Verified Complaint, the declaration and memorandum of points and authorities presented by Plaintiff in support of the Application, and any other papers, evidence or arguments presented by the parties in connection with Plaintiffs' Application;

And, the Court having found that good cause exists therefore, and Plaintiffs having shown that immediate harm will result to Plaintiffs in the absence of the requested relief,

**IT IS HEREBY ORDERED THAT:**

1. Defendants COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S OFFICE ANIMAL SERVICES DIVISION, AND INDIVIDUALS SERGEANT FRANK BOESCH, GILBERTO GUTIERREZ, JAMES LENZI, BEN MILLER and DOES 1-10 (collectively the "Defendants"), and all of their respective agents, and each of them, and all others who receive notice of this order, are, pending hearing on this Court's below- issued Order to Show Cause, hereby ordered, enjoined and restrained as follows:

(a) RESTRAINED and ENJOINED from euthanizing, killing or otherwise harming the health of SHASTA on Friday at 5pm, September 7, 2012.

(b) ORDERED to properly care for and shelter SHASTA until further orders are given at the Order to Show Cause Preliminary Injunction Hearing.

Or in the alternative, allow Shasta to be held at a veterinarian's office or returned to the kennel of Mrs. Hobbs.

(c) ORDERED that BRENDA HOBBS be appointed Guardian Ad Litum for Shasta

(d) ORDERED that in the alternative of (b) above that Shasta be turned over to A 3RD PARTY ANIMAL RESCUE NON PROFIT ORGANIZATION as trustee during pendency of

Animal Law Office
2404 California St #4
San Francisco 94115

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

1  this action.

2  2. Defendants are hereby ORDERED TO SHOW CAUSE and to appear before this ~~San~~ JAM
3  ~~Francisco~~ Federal Court in Courtroom ___6___, located at 501 "I" Street,
4  Sacramento, 95814 at _9:45 a_.m., or as soon thereafter as this matter may be
5  heard on _September 19_, 2012, then and there to show cause (the "OSC Hearing"),
6  if any, that the Defendants, and each of them, and their agents, while pending the
7  determination of this action and further Order of this Court, why a preliminary injunction
8  should not issue continuing the above Temporary Restraining Order.

9  **EFFECTIVE DATE/TIME**

10  The above Temporary Restraining Order is effective immediately upon issuance; and
11  Plaintiffs' are ordered to file an undertaking within five-business days in the sum of
12  $ _500.00_ Dollars.

13  **SERVICE OF PROCESS re: OSC on PRELIMINARY INJUNCTION**
14  A copy of this Order shall be served upon the Defendants via email _or personal service_ by not later than
15  _September 7_ at 5:00 PM, 2012. Any Opposition papers shall be served and filed by _5_:00 _p_.m.
16  on _September 12_, 2012, and any Reply papers shall be filed and served via any of the
17  same listed means by _5_:00 _p_.m. on _September 14_, 2012.

18  **NOTIFICATION**
19  Affected parties can apply to the court for modification/dissolution on 2 days notice or
20  such shorter notice as the court may allow. See Local Rule 65-231 and FRCP 65(b).

21  **IT IS SO ORDERED.**
22
23  Dated: September _6_, 2012
24  _4:20 p.m._
                                              Honorable:
                                              United States District Judge