CHRISTINE L. GARCIA (CBN 209701)
The Animal Law Office
1613 Chelsea Road #110
San Marino, CA 91108
Telephone:  415-297-3109
Facsimile:  415-358-9937
christine@animalattorney.com

*Attorney for Petitioner,*
BRENDA HOBBS, the guardian of Shasta

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| BRENDA HOBBS, the guardian of Shasta<br>*Plaintiff*<br>v.<br>COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S OFFICE ANIMAL SERVICES DIVISION, AND INDIVIDUALS SERGEANT FRANK BOESCH, GILBERTO GUTIERREZ, JAMES LENZI, BEN MILLER and DOES 1-10<br>*Defendants* | Case: 2:12-cv-02290-JAM-KJN<br><br>ORDER TO RETURN FUNDS<br><br><br>Date: April 13, 2016<br>Courtroom:  6<br>Judge: Honorable Judge John A. Mendez |

On 09/06/2012, in the above referenced case, Plaintiff Brenda Hobbs posted a preliminary injunction Bond per the Courts Order granting injunctive relief. There

[PROPOSED] ORDER TO RETURN FUNDS
-1-

1  being good cause, the Court now releases this Bond.  The funds may be returned to
2  plaintiff's attorney:  Christine Garcia and mailed to her new address:  1613 Chelsea Road
3  #110, San Marino, CA 91108.
4      IT IS SO ORDERED.

6  Date:    April 14, 2016

    Honorable Judge John A. Mendez